UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RF# 292026

In re:                                         Case No. 10-23826-BKC-AJC
                                               Chapter 7
JUAN A. VEGA

                                               U.S. BANKRUPTCY COURT
                                               SO. DISTRICT OF FLORIDA-Miami

            Debtor(s).                         SEP 09 2011
_____/
                                               FILED ___  RECEIVED ___

**NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK**

Notice is hereby given that:

The trustee has a balance of $2.47 remaining in the trustee's account which represents small dividends as defined by FRBP 3010.

Pursuant to FRBP 3011, below are the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

| Claim # | Name/Address | Claim Amount | Distribution Amount |
|---|---|---|---|
| 7 | Orion<br>c/o Recovery Mgmt Systems<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131 | $34.40 | $2.47 |

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: 9/8/11

Soneet R. Kapila, Trustee
P.O. Box 14213
Fort Lauderdale, FL 33302
Phone: 954/761-8707
Fax: 954/761-1033
E-mail: trustee@kapilaco.com

Copies to: U.S. Trustee

Soneet R. Kapila, Federal Bankruptcy Trustee
Post Office Box 14213, Fort Lauderdale, Florida 33302
Telephone: 954/761-8707  Facsimile: 954/761-1033  Website: www.kapilatrustee.com